No. 51,479

EBENEZER ANTWI, *Appellant,* v. C-E INDUSTRIAL GROUP and/or
COMBUSTION ENGINEERING, INC., *Appellee.*

(619 P.2d 812)

Opinion filed December 6, 1980.

*George E. McCullough,* of McCullough, Wareheim & LaBunker, of Topeka,
argued the cause and was on the brief for the appellant.

*Alvin D. Herrington,* of McDonald, Tinker, Skaer, Quinn & Herrington, of
Wichita, argued the cause, and *Richard F. Waters,* of Johnson, Bengston, Waters
& Thompson, Chartered, of Junction City, was with him on the brief for the
appellee.

*Gary L. Jordan,* of Ottawa, was on the brief *amicus curiae* for the Kansas Trial
Lawyers Association; *James C. Wright,* of Shaw, Hergenreter, Quarnstrom &
Wright, of Topeka, was on the brief *amicus curiae* for the Kansas Association of
Commerce and Industry; and *Mark L. Bennett,* of Davis & Bennett, of Topeka,
and *L. M. Cornish,* of Glenn, Cornish, Schulteis & Hanson, Chartered, of Topeka,
were on the brief *amici curiae* for The Kansas Association of Property and
Casualty Insurance Companies, National Association of Independent Insurers,
Alliance of American Insurers, and American Insurance Association.

*Per Curiam:* We granted a petition for review of the Court of
Appeals' decision in this workmen's compensation case. Supple-
mental briefs and briefs of *amici curiae* were filed, and the case
was argued. After a thorough study, we conclude that the decision
of the Court of Appeals properly and correctly resolves the issues.

The opinion of the Court of Appeals in *Antwi v. C-E Industrial
Group,* 5 Kan. App. 2d 53, 612 P.2d 656 (1980), is adopted as the
opinion of this court.

The judgment of the Court of Appeals is affirmed, the judgment
of the District Court is reversed, and the case is remanded for
reconsideration as to the percentage of disability.